UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES HODGES,

    Plaintiff,                                CASE NO.: 3:23-cv-01375-HLA-MCR

vs.

MARK A. HUNTER, in his official capacity
as Sheriff of COLUMBIA COUNTY
SHERIFF'S OFFICE, RANDALL
HARRISON and JAYME GOHDE,

    Defendants.

_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Amy M. Hanna, Esquire, moves to withdraw as Plaintiff's counsel pursuant to Local Rule 2.02(c), and in support thereof states:

1. The undersigned counsel is leaving the current law firm.

2. The Plaintiff James Hodges will be represented by lead counsel, John Phillips, from the same firm.

3. The withdrawal will not result in a continuance of trial.

4. Undersigned counsel certifies she has complied with Federal Rules of Civil Procedure 2.02(b) and hereby certify that the Plaintiff James Hodges is aware of this Motion and consents to the withdraw of Amy M.

Hanna from this case.

WHEREFORE, Plaintiff's counsel respectfully moves this Honorable Court for an order granting the Motion to Withdraw as counsel for good cause shown pursuant to Local Rule 2.02(c).

### Rule 3.01(g) Certification

The undersigned has conferred with opposing counsel for all Defendants in good faith who do not oppose the relief requested herein.

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 26th day of March, 2024, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system which will send notice of electronic filing to all counsel of record.

**Law Office of Phillips, Hunt, Walker & Hanna**

**/s/ Amy M. Hanna**
**Amy M. Hanna, Esquire**
Florida Bar No.: 120471
**John M. Phillips, Esquire**
Florida Bar No.: 0477575
212 N. Laura Street
Jacksonville, FL 32202
Telephone (904)444-4444
Fax (904) 508-0683
Attorneys for Plaintiff
jmp@floridajustice.com
amy@floridajustice.com