UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES HODGES,

    Plaintiff,

v.

                                    Case No. 3:23-cv-1375-HLA-MCR

MARK A. HUNTER, in his official
capacity as Sheriff of Columbia
County Sheriff's Office, et al.,

    Defendants.
_____/

| JUDGE: | Monte C. Richardson<br>U.S. Magistrate Judge | COUNSEL FOR PLAINTIFF: | JOHN MICHAEL PHILLIPS<br>GEORGE FARRELL |
|---|---|---|---|
| DEPUTY CLERK: | Tracee Perrotti | | |
| COURT REPORTER | Digital | COUNSEL FOR DEFENDANT: | MICHAEL P. SPELLMAN<br>CHRISTIE PETRUZZELLI |
| DATE/TIME | May 6, 2024<br>10:03 A.M. – 12:58 P.M. | | |

## CLERK'S MINUTES

**PROCEEDINGS:**    Settlement Conference

Opening statement by Plaintiff.

Opening statement by defense counsel.

Parties separated to confer with Judge Richardson.

Impasse declared.