**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JAMES HODGES,**

    **Plaintiff,**

v.                                                                          **Case No.: 3:23-cv-01375-MMH-PDB**

**RANDALL HARRISON and**
**JAYME GOHDE,**

    **Defendants.**

_____/

**JOINT STIPULATION OF DISMISSAL**
**OF ALL CLAIMS WITH PREJUDICE**

The parties, through their respective undersigned counsel, jointly stipulate to the dismissal of all claims against all Defendants with prejudice, with each party to bear their own expenses, fees, and costs, in accordance with Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. Through this Joint Stipulation, the parties wish to extinguish all claims which were brought or which could have been brought by Plaintiff regarding the incident of October 31, 2022.

Respectfully submitted this 23rd day of August, 2024.

| | |
|---|---|
| **PHILLIPS, HUNT &, WALKER** | **SNIFFEN & SPELLMAN, P.A** |
| */s/ John M. Phillips* | */s/ Michael P. Spellman* |
| **JOHN M. PHILLIPS** | **MICHAEL P. SPELLMAN** |
| Florida Bar No.: 0477575 | Florida Bar No.: 937975 |
| 212 North Laura Street | 123 North Monroe Street |
| Jacksonville, Florida 32202 | Tallahassee, Florida 32301 |
| (904) 444-4444 | Office: (850) 205-1996 |
| (904) 508-0683 (facsimile) | Fax: (850) 205-3004 |
| jmp@floridajustice.com | mspellman@sniffenlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |