# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JAMES HODGES,

    Plaintiff,

v.                                  Case No.   3:23-cv-1375-MMH-PDB

RANDALL HARRISON and
JAYME GOHDE,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal of All Claims With Prejudice (Dkt. No. 46; Stipulation) filed on August 23, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own expenses, fees, and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of August, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record